In the Matter of YONKERS BUILDERS' SUPPLY COMPANY, Respondent, against WESTCHESTER COUNTY SANITARY SEWER COMMISSION, Appellant.

(Argued April 15, 1935; decided April 30, 1935.)

*William A. Davidson, County Attorney (Frank J. Claydon* of counsel), for appellant.

*Murray L. Halpern, Paul Englander* and *Meyer F. Wiles* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.